The People of the State of New York, Respondent,
against
Kendel Provet, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Guy H. Mitchell, J.), rendered May 20, 2015, convicting him, upon a plea of guilty, of obstructing governmental administration in the second degree, and imposing sentence.




Per Curiam.
Judgment of conviction (Guy H. Mitchell, J.), rendered May 20, 2015, affirmed.
Defendant's guilty plea was knowing, intelligent and voluntary. The court sufficiently advised defendant of all the rights he was giving up by pleading guilty (see Boykin v Alabama, 395 US 238 [1969]), "notwithstanding that it omitted the word jury' from its reference to giving up the right to a trial" (People v Terrell, 134 AD3d 651, 652 [2015], lv denied 27 NY3d 1075 [2016]; see People v Williams, 137 AD3d 706 [2016], lv denied 27 NY3d 1141 [2016]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: September 12, 2016